UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from State Street Corporation Pursuant to 28 U.S.C. § 1782 | **Index No.** _____ <br><br> **[Proposed] Order** |

Upon consideration of the *ex parte* application of Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Traiding Ltd. (collectively, "Petitioners") for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782, Petitioners' memorandum of law and the supporting declarations of Sarah Y. Walker and Charlene C. Sun, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioners' application.

It is therefore **ORDERED** that Petitioners are granted leave to serve this Order and the subpoenas annexed to the petition as Appendix A upon State Street Corporation ("State Street"), and are authorized to issue additional subpoenas for the production of documents and/or depositions of State Street as Petitioners reasonably deem appropriate and as are consistent with the Federal Rules of Civil Procedure, and it is further;

**ORDERED** that State Street comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED**.

Date: _____ \_\_\_\_, 2015

_____.
United States District Judge