Claim No: 2014 Folio 204

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**

BEFORE MR JUSTICE BURTON

B E T W E E N:

(1) ANATOLIE STATI
(2) GABRIEL STATI
(3) ASCOM GROUP S.A.
(4) TERRA RAF TRANS TRAIDING LTD

**Claimants**

-and-

THE REPUBLIC OF KAZAKHSTAN

**Defendant**



## ORDER

**UPON READING** the arbitration Claim Form, the Claimants' without notice application dated 24 February 2014, the First Witness Statement of Kenneth R Fleuriet dated 24 February 2014, the First Witness Statement of Sarah Yasmin Walker dated 24 February 2014 and the Second Witness Statement of Sarah Yasmin Walker dated 28 February 2014

**AND UPON** hearing Solicitor-Advocate for the Claimants

**IT IS ORDERED THAT**:

1. The Claimants have permission to enforce the final arbitral award dated 19 December 2013 between (1) Anatolie STATI (2) Gabriel STATI (3) Ascom Group S.A. (4) Terra Raf Trans Traiding Ltd and the Republic of Kazakhstan in the arbitration between the parties administered by the Arbitration Institute of the Stockholm Chamber of Commerce under the number SCC Arbitration V (116/2010), in the same manner as a judgment or order of the Court to the same effect.

2. The Claimants have permission to serve the arbitration Claim Form together with all other documents in these proceedings, including any translations, on the Defendant out of the jurisdiction in Kazakhstan.

3.  The Defendant must acknowledge service of these proceedings within 12 weeks of service of this Order on it.

4.  The Defendant may apply to set aside this Order. It must do so within 21 days of service of this Order on it.

5.  The Award must not be enforced until the end of that period or until any application made by the Defendant within that 21 day period has been finally disposed of.

6.  Costs shall be in the case.

Dated: 28 February 2014