

**Information and legal system of normative legal acts of the Republic of Kazakhstan**

# About the National Fund of the Republic of Kazakhstan

Decree of the President of the Republic of Kazakhstan dated 23 August, 2000 N 402

   To ensure the sustainable socio-economic development, the accumulation of financial resources for future generations, reducing the dependence of the economy from adverse external factors decree:
   1. Create the National Fund of the Republic of Kazakhstan (hereinafter - the Fund).  U041509
   2. To establish that:
   1) The Fund's assets are concentrated in the account of the Government of the Republic of Kazakhstan in the National Bank of the Republic of Kazakhstan;
   2) management of assets of the Fund is carried out by the National Bank of the Republic of Kazakhstan;  V064360 , V064361
   3) the amount and direction of the use of the Fund  are determined by the President of the Republic of Kazakhstan, on the proposal of the Government of the Republic of Kazakhstan;
   4) The Government of the Republic of Kazakhstan annually submit for approval to the President of the Republic of Kazakhstan's annual report on the formation and use of funds.
   Footnote. Paragraph 2 is amended - Presidential Decree of January 29, 2001  N 543 .
   3. The Government of the Republic of Kazakhstan and the National Bank of the Republic of Kazakhstan to 1 November 2000:
   1) prepare and submit to the established procedure for the consideration of the President of the Republic of Kazakhstan draft regulatory documents required for the organization of the Fund and to ensure transparency and effective management of the assets of the Fund;
   2) study the question of the sources of the formation of the Fund, to amend if necessary draft legislation to the Parliament of the Republic of Kazakhstan;  K080095
   3) to submit proposals for the formation of the Fund's management with the participation of representatives of the President, Parliament and Government of the Republic of Kazakhstan.  P001303
   4. This Decree shall enter into force upon signature.

   The President of
   the Republic of Kazakhstan


   (Experts: Umbetova AM,
             Cai LG)

© 2012. RSE on PVC National Center of Legal Information of the Ministry of Justice of the Republic of Kazakhstan