Information and legal system of normative legal acts of the Republic of Kazakhstan

# On some questions of the Council on the management of the National Fund of the Republic of Kazakhstan

Decree of the President of the Republic of Kazakhstan dated December 28, 2004 N 1509

In accordance with Article 25 of the Budget Code of the Republic of Kazakhstan **decree:**

1. Form the Management Board by the National Fund of the Republic of Kazakhstan (hereinafter - the Council) - an advisory body to the President of the Republic of Kazakhstan.

2. Approve the attached:
1) the composition of the Board;
2) position on the Board.

3. To amend the Decree of the President of the Republic of Kazakhstan dated 29 January, 2001 N 543 "On Some Issues of the National Fund of the Republic of Kazakhstan" (SAPP Republic of Kazakhstan, 2001, N 4-5, Art. 42; 2003, N 6, Article . 60; N 46, art. 502), the following changes:
1) paragraph 1 shall be deleted;
2) in paragraph 4, the words ", other than paragraph 6 of the Regulation enters into force on the date of implementation of the Law of the Republic of Kazakhstan" On amendments and additions to some legislative acts of the Republic of Kazakhstan on the functioning of the National Fund of the Republic of Kazakhstan ", referred to in paragraph 3 of this Decree, and of subparagraph 1) of paragraph 7 of the Regulation enters into force on 1 January 2002," shall be deleted.

4. This Decree shall enter into force on 1 January 2005.

*The President of*
*the Republic of Kazakhstan*

                                                                APPROVED
                                            by the Decree of the President of
                                                 the Republic of Kazakhstan
                                                dated December 28, 2004 N 1509

# Composition
## of the Board of Management by the National Fund of the Republic of Kazakhstan (ex officio)

Footnote. Composition in the wording of the Decree of the President of the Republic of Kazakhstan from 08/06/2014 number 888 ; with amendments made by the Presidential Decree of 09/17/2014 number 911 .

Kazakhstan's President - Chairman of the Council of
the Prime Minister of the Republic of Kazakhstan
President of the Senate of the Parliament of the Republic of Kazakhstan (by agreement)
Chairman of the Majilis of the Parliament of the Republic of Kazakhstan (as agreed)
, Head of the Presidential Administration of the Republic of Kazakhstan
President of the National Bank of Kazakhstan
First Deputy Prime Minister of the Republic of Kazakhstan,
Chairman of the Accounts Committee Control over Execution of the Republican Budget
Minister of Finance of the Republic of Kazakhstan
Ministry of National Economy of the Republic of Kazakhstan

                                                                Approved
                                            by the Decree of the President of
                                                 the Republic of Kazakhstan
                                                dated December 28, 2004 N 1509

POSITION on the Board of Management by the National Fund of the Republic of Kazakhstan

## 1. General Provisions

1. The Board of Management by the National Fund of the Republic of Kazakhstan (hereinafter - the Council) is an advisory body to the President of the Republic of Kazakhstan.
2. In its activities, the Board is guided by the Constitution, the legislative acts of the Republic of Kazakhstan, acts of the President of the Republic of Kazakhstan, as well as the present position.
3. Decisions of the Board are advisory in nature.

## 2. Objectives and functions of the Council

4. The main objectives of the Council are to assist and make recommendations to the President of the Republic of Kazakhstan on the use of the National Fund of the Republic of Kazakhstan (hereinafter - the Fund).
5. The functions of the Council are:
1) to develop proposals to improve the efficiency of formation and use of the Fund;
2) to consider and develop proposals for the volume and direction of use of the Fund;
3) make proposals to the list of permitted financial instruments, except for intangible assets for the placement of the Fund. P090066
   Footnote . Paragraph 5, as amended by Presidential Decree of 04.11.2006 N 208 ; from 19.05.2009 N 806 .

## 3. Rights Council

6. The Council has the right to the established laws of the Republic of Kazakhstan and within its competence:
1) involve government officials, and civil society to discuss the issues of the Fund;
2) to take appropriate decisions on the issues that are advisory in nature.

## 4. The activities of the Council

7. The Council is headed by the chairman.
8. Chairman of the Board:
1) provides overall management of the Council;
2) determine the time and place of meetings of the Board;
3) preside at meetings of the Council. In the absence of the chairman on his behalf at meetings chaired by one of the members of the Council;
4) gives binding instructions to the Board.
9. Members of the Board shall have the right:
1) to make proposals for the plan of work of the Council, the agenda of its meetings and discuss the order;
2) participate in the preparation of materials for meetings of the Board, its draft decisions;
3) To participate in the discussion of the issues considered at the meeting of the Council.
10 . Council meetings are held as necessary and at least once a year on dates determined by the Chairman of the Board, and in the protocol. Meetings of the Council are entitled to the presence of two thirds of its members. Delegation members of the Board of its authority to other officials are not allowed.
11. Council decisions are taken by simple majority of votes of the total number of members present at the meeting of the Board or by interviewing members of the Council. If the votes are equally divided, the presiding officer shall be decisive. Footnote. Item 11 with amendments made by the Presidential Decree of 23.11.2009 number 889 .        12. Working body of the Council of Administration is the President of Kazakhstan.

© 2012. RSE on PVC National Center of Legal Information of the Ministry of Justice of the Republic of Kazakhstan