# The Functioning
# of the National Fund
# of the Republic of Kazakhstan

## The National Bank of Kazakhstan

## 2003

# Presentation Content

- What is the National Fund.

- Who manages the National Fund.

- How is the National Fund managed.

- How are excess budget revenues as a result of oil-price growth are used.

# **What is the National Fund**

The National Fund of the Republic of Kazakhstan – financial assets allocated on the account of the Government of the Republic of Kazakhstan in the National Bank of Kazakhstan.

The Fund is not a legal entity.

The Fund was created in August 2000.

# What is the National Fund

Main Points About the Fund:

- Norway's Government Petroleum Fund is the model;
- Fund fully invested in foreign markets;
- Diversified investment strategy.

# What is the National Fund

Functions of the Fund:

- savings function – forming of accumulations for future generations;
- stabilization function – reduction of budget dependence on world prices.

# What is the National Fund

The Fund is formed of:

1) earnings from mining sector organizations in the part exceeding the parameters determined in the budget on:

- corporate income tax;
- VAT;
- excess profit tax;
- bonuses;
- royalty;
- PSA.

Mining sector organizations:

- 11 oil-extracting;
- 3 mining and metallurgy.

# What is the National Fund

The Fund is formed of:

2) budget transfers in the amount of 10% of earnings planned in the budget from mining sector organizations;

3) investment income from the Fund management;

4) other revenues.

# What is the National Fund

At present time the Fund only accumulates
assets (as of May 1, 2003  – **USD 2.2bln.**).

The Fund could be only used to:

- compensate budget losses;
- cover expenses related to the Fund
  management and annual external audit.

# Who manages the Fund

<u>The Managing Council of the Fund</u>:

- review of concepts on use of the Fund;
- approval of volumes and directions of the Fund use;
- approval of the annual report on forming and use of the Fund.

All the decisions are made **collectively**. Nobody of the Council members can individually make decisions on the Fund assets.

# Who manages the Fund

The Managing Council of the National Fund consists of:

1) The President of the Republic of Kazakhstan;

2) The  Prime-Minister;

3) The Chairman of Senate of the Parliament;

4) The Chairman of Mazhilis (Lower Chamber) of the Parliament;

5) Head of the Administration of the President;

6) Governor of the National Bank;

7) The First Deputy of the Prime-Minister;

8) Chairman of the Accounting Committee;

9) The Minister of Finance;

10) The Minister of Economy and Budget Planning.

# Who manages the Fund

The President of the Republic of Kazakhstan:

- appoints the members of the Managing Council of the Fund;

- gives directions to the Council, the Government and the National Bank regarding the Fund issues.

# Who manages the Fund

<u>The Government of the Republic of Kazakhstan</u>:

- works out rules of accounting, order of money recording and the Fund's utilization;
- works out, jointly with the National Bank, the schedule of financial statements reporting;
- provides for the submission of the report on forming and utilization of the Fund to the Parliament;
- provides conducting of the annual external audit of the Fund;
- provides for the accounting of the Fund forming and utilization.

12

# Who manages the Fund

<u>The National Bank of the Republic of Kazakhstan</u>

serves as trustee of the Fund:

- invests the Fund on its own, including entrusting a part of the Fund to external managers selected through competitive bidding;

- develops and approves investments transactions regulations;

- provides the Government with the report on results of the serving as trustee of the Fund.

# How is the National Fund managed

The Fund has two portfolios:

- Stabilization portfolio (minimum 20% of the Fund) – to ensure lower volatility of returns;
- Savings portfolio – to ensure higher long term returns.

Benchmarks:

- Stabilization portfolio:
    - Merrill Lynch 6-month US Treasury Bill Index;
- Savings portfolio:
    - 75% Salomon World Government Bonds Index 80% USD hedged (SWGB Index 80% hedged);
    - 25% MSCI World excluding Energy sector.

14

# How is the National Fund managed

Expected Tracking Error as a limit on active risk – 2%.

Investment Strategy:

- Government Bonds included in SWGB;
- Corporate Bonds with A- credit rating or higher;
- Mortgage Backed Securities and Asset Backed Securities with credit rating above AA-;
- Stocks included in MSCI World Index;
- Derivatives for tactical asset allocation and hedging.

# How is the National Fund managed

Information Instruments:

- Bloomberg, Reuters – market information;
- BARRA - Cosmos, Aegis – risk management;
- Yield Book – analytics and risk management;
- Executive Workbench – custodian information tool;
- KUBAZH – proprietary accounting system;
- SWIFT.

# How is the National Fund managed

To facilitate the management mechanism the only custodian was selected through competitive bidding.

ABN AMRO Mellon Global Securities Services provides:

- keeping custody & income collection;
- portfolio accounting including daily valuation, monthly reconciliation;
- performance measurement;
- compliance monitoring;
- securities lending.

Legal advisor – Norton Rose.

17

# How is the National Fund managed

## External managers

Global Fixed Income:

- ABN AMRO Asset Management;
- BNP Paribas Asset Management/FFTW;
- Deutsche Asset Management;
- State Street Global Advisors;
- Union Bank Privee.

Global Indexed Equities:

- Credit Suisse Asset Management;
- HSBC Asset Management.

US Cash Management (Stabilization Portfolio):

- Citigroup Asset Management.

# How is the National Fund managed



# How is the National Fund managed



# How is the National Fund managed

| Asset allocation of the Savings portfolio | | | | | |
|---|---|---|---|---|---|
| | **31.03.2002** | **30.06.2002** | **30.09.2002** | **31.12.2002** | **31.03.2003** |
| USA | 41.80% | 36.90% | 32.70% | 31.20% | 28.30% |
| EURO Zone | 27.70% | 29.90% | 33.20% | 34.30% | 38.80% |
| Germany | 9.20% | 8.70% | 9.60% | 11.80% | 12.00% |
| France | 4.40% | 5.90% | 6.30% | 7.90% | 9.50% |
| Italy | 4.90% | 5.60% | 6.50% | 5.20% | 4.20% |
| Austria | 3.30% | 4.00% | 3.20% | 1.40% | 1.50% |
| Netherlands | 2.90% | 1.40% | 1.50% | 2.40% | 4.60% |
| Spain | 1.90% | 1.90% | 2.10% | 2.10% | 1.80% |
| Belgium | 0.70% | 1.40% | 2.30% | 1.90% | 3.60% |
| Portugal | 0.40% | 1.00% | 1.70% | 1.60% | 1.60% |
| Japan | 14.60% | 18.20% | 19.10% | 19.10% | 15.30% |
| UK | 7.20% | 5.60% | 5.90% | 5.50% | 8.90% |
| Canada | 2.00% | 1.70% | 2.10% | 1.80% | 2.20% |
| Switzerland | 1.70% | 1.70% | 1.10% | 1.00% | 1.00% |
| Sweden | 1.20% | 1.10% | 1.00% | 0.60% | 0.60% |
| Others | 3.80% | 4.90% | 4.90% | 6.50% | 4.90% |

# How the budget excess revenues resulted from oil-price growth are used

Excess revenues are:

- Transfers to the National Fund (savings);
- Increase expenses on budget programs financing;
- Development institutions (Development Bank of Kazakhstan, Kazakhstani Investment Fund, State Export Insurance Agency, Innovation Fund, Housing Savings Bank);
- Increase of social spending;
- Decrease of tax rates.

# How the budget excess revenues resulted from oil-price growth are used

1) Increase in budget expenses on pension payments:

- increase in the minimum pension from 5000 tenge to **5500** tenge starting from June 1, 2003;

- increase in average pension from 5655 tenge in 2002 to **8300** tenge in second half of 2003.

This will cause an increase in expenditure of KZT 20 bln. (in 2003) and KZT 40 bln. (in 2004).

# How the budget excess revenues resulted from oil-price growth are used

2) Increase in wages:

- increase in minimum wage from 5000 tenge to **6600** starting from January 1, 2004;
- **20%** growth in wages of budget employees in 2004;
- **50%** increase in wages of low-level governmental officials.

This will cause an increase in expenditure of more than KZT 50 bln. (in 2004).

# How the budget excess revenues resulted from oil-price growth are used

3) Forming of authorized capital of new development organizations:

- Kazakhstani Investment Fund – KZT **23 bln.**;

- State Export Insurance Agency – KZT **7 bln.**;

- Innovation Fund – KZT **3 bln.**;

- Housing Savings Bank – KZT **1.5 bln.**;

- Extra capital for the Development Bank of Kazakhstan – KZT **7.7 bln**.

4) Provision of credit resources to the Development Bank of Kazakhstan – KZT **4.3 bln**.