# Capital Markets
## Company Overview of State Street Global Advisors, Inc.

February 03, 2015 1:25 PM ET

**Snapshot** | **People**

### Company Overview

State Street Global Advisors, Inc is a privately owned investment manager. The firm provides its services to individuals, corporations, retirement plans, public funds, endowments, foundations, and third-party distributors. It manages separate client-focused equity, fixed income, and balanced portfolios. The firm manages and launches equity and fixed income and launches balanced mutual funds for its clients. It invests in the public equity, fixed income, and currency markets across the globe. The firm also invests in real estate. For the equity portion of its portfolio, it seeks to invest in securities of all market capitalization across diverse investment styles and approaches. For the firm's real estate investments, it employs both active and passive REIT strategies. It employs a fundamental and quantitative analysis to make it investments. The firm obtains external research to compliment its in-house research to invest in securities. State Street Global Advisors, Inc. was founded in 1978 and is based in Boston, Massachusetts with additional offices in Atlanta, Georgia; Chicago, Illinois,; Dublin, Ireland; Seoul South Korea; and San Francisco, California. State Street Global Advisors, Inc. operates as a subsidiary of State Street Corporation.

Hide Detailed Description

State Street Financial Center
One Lincoln Street
33rd floor
Boston, MA 02111-2900
United States

Phone: 617-786-3000
Fax: 617-664-2950
www.ssga.com

Founded in **1978**

### Key Executives For State Street Global Advisors, Inc.

**Mr. Scott Francis Powers**
President
Age: 54

**Mr. Keith C. Crawford**
Chief Financial Officer and Global Head of Strategy

**Mr. Gregory A. Ehret**
Global Chief Operating Officer and Executive Vice President

**Mr. Richard Frederic Lacaille**
Global Chief Investment Officer

**Mr. Scott R. Ebner**
Senior Managing Director and Global Head of Product Development and Research

Compensation as of Fiscal Year 2014.

---

### State Street Global Advisors, Inc. Key Developments

## State Street Global Advisors Appoints David Saulnier as Chief Risk Officer

Nov 17 14

State Street Global Advisors announced the appointment of David Saulnier as chief risk officer. Saulnier previously served as chief risk officer for State Street's investment servicing business in the Americas. He will assume his new role at SSgA effective immediately. Saulnier joined State Street in 2008 from Pioneer Investment Management USA, where for seven years he was director and head of risk management for all US operations, trading and portfolio management. In this capacity David served as chairman of the Pioneer Trade Management Committee and was also a member of the firm's IT Advisory Board and Operating Committee. Prior to joining Pioneer, David was the director of Counterparty Risk at Harvard Management Company responsible for the creation and oversight of counterparty credit policies.

## State Street Global Advisors Appoints Lori Heinel as Chief Portfolio Strategist

Oct 23 14

State Street Global Advisors has announced the appointment of Lori Heinel, as chief portfolio strategist. In this newly created position, Heinel will oversee a global team of 20 investment professionals dedicated to communicating information about investment strategies and solutions to prospects, clients and consultants. With 30-years of experience, Heinel most recently served as chief investment strategist for OppenheimerFunds Inc., where she oversaw product management, product development and investment thought leadership. Prior to joining OpenheimerFunds, she was head of investment solutions for Citi Private Bank.

## State Street Global Advisors, Inc. Presents at The 18th Annual Sub-Advised Funds Forum, Oct-22-2014 02:50 PM

Oct 20 14

State Street Global Advisors, Inc. Presents at The 18th Annual Sub-Advised Funds Forum, Oct-22-2014 02:50 PM. Venue: Westin Times Square, 270 West 43rd St., New York, NY 10036, New York, United States. Speakers: Kevin Quigg, Director of Sales.

**Similar Private Companies By Industry**

| Company Name | Region |
| --- | --- |
| Halyard Capital Advisors, LLC | United States |
| Bremer Financial Services, Inc. | United States |
| THL Investment Capital Corp. | United States |
| AMW Associates LLC | United States |
| Advize LLC | United States |

**Recent Private Companies Transactions**

| Type<br>Date | Target |
| --- | --- |
| **Merger/Acquisition**<br>November 21, 2014 | Friends Life Group Limited |
| **Merger/Acquisition**<br>November 19, 2014 | Flex LNG Ltd. |
| **Merger/Acquisition**<br>November 17, 2014 | SSARIS Advisors LLC |

### Report Data Issue

## From Around the Web

Sponsored Links by Taboola


Best Credit Cards for 2015


And the Best Stock for 2015 is .....


Why You Should Color Your Gray at Home


CNN Money: How Young Millionaires Invest