

**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 042456637**    Request certificate    New search

**Summary for:** STATE STREET CORPORATION

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | STATE STREET CORPORATION |
| **The name was changed from:** STATE STREET BOSTON CORPORATION **on** 04-16-1997 **The name was changed from:** STATE STREET BOSTON FINANCIAL CORPORATION **on** 05-03-1977 | |
| **Merged with** INVESTORS FINANCIAL SERVICES CORP. **on** 07-02-2007 | |
| **Entity type:**   Domestic Profit Corporation | |
| **Identification Number:** 042456637 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 10-16-1969 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 12/31 |
| **The location of the Principal Office:** Address:  ONE LINCOLN STREET City or town, State, Zip code, Country:    BOSTON,  MA   02111   USA | |
| **The name and address of the Registered Agent:** Name:    CT CORPORATION SYSTEM Address:  155 FEDERAL ST., SUITE 700 City or town, State, Zip code, Country:    BOSTON,  MA   02110   USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MICHAEL F. ROGERS | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| TREASURER | DAVID J GUTSCHENRITTER | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| SECRETARY | JEFFREY N. CARP | ONE LINCOLN STREET BOSTON, MA 02111 USA |

| | | |
|---|---|---|
| CEO | JOSEPH L. HOOLEY | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| ASSISTANT SECRETARY | JEREMY KREAM | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| ASSISTANT TREASURER | JOHN SLYCONISH | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| ASSISTANT SECRETARY | SHANNON C STANLEY | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| ASSISTANT SECRETARY | SIMON ZORNOZA | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| CHAIRMAN | JOSEPH L. HOOLEY | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| ASSISTANT SECRETARY | DAVID C PHELAN | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | WILLIAM C. FREDA | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | JOSEPH L. HOOLEY | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | KENNETT F. BURNES | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | ROBERT S. KAPLAN | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | GREGORY L. SUMME | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | RICHARD P. SERGEL | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | LINDA A. HILL | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | THOMAS J. WILSON | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | RONALD L. SKATES | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | JOSE E. ALMEIDA | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | PATRICK DESAINT-AIGNAN | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | AMELIA FAWCETT | ONE LINCOLN STREET BOSTON, MA 02111 USA |
| DIRECTOR | PETER COYM | ONE LINCOLN STREET BOSTON, MA 02111 USA |

**Business entity stock is publicly traded:** 

2/3/2015 Mass. Corporations, external Master page

Case 1:15-mc-91059-LTS Document 5-11 Filed 02/25/15 Page 3 of 3

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $ 1.00 | 750,000,000 | $ 750000000.00 | 503,965,849 |
| PNP | $ 0.00 | 3,500,000 | $ 0.00 | 5,001 |

☐ Consent  ☐ Confidential Data  ☐ Merger Allowed  ☐ Manufacturing

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**