UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from State Street Corporation Pursuant to 28 U.S.C. § 1782 | Index No. 1:15-mc-91059-LTS |

**PETITIONERS' MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. (collectively, "Petitioners") hereby move this Court to compel State Street Corporation ("State Street") to produce certain documents and to appoint a designee to appear at a deposition as requested in the subpoenas served on State Street on August 3, 2017 (the "Subpoenas") in accordance with an order from this Court issued on March 2, 2015 (the "1782 Order").

State Street is a nationally chartered bank maintaining its headquarters and principal place of business in this District. According to publicly available information, State Street serves, or previously served, as a manager for certain assets owned by the Republic of Kazakhstan (the "ROK"), including through its National Fund, a sovereign wealth fund. The Subpoenas requested various categories of documents and a deposition witness concerning the ROK's assets in the United Kingdom and European Union that are managed by State Street. Petitioners believe that, because State Street holds National Fund assets, its records are likely to contain information that is probative concerning the legal and beneficial ownership of those assets, and that information will be of use to Petitioners in contesting the claims the ROK has made, and is likely to continue to make, in ongoing proceedings in Sweden and other countries in the European Union.

Despite the reasonable number of State Street's requests (fourteen), their targeted scope and timeframe, their obvious relevance to ongoing litigation in Sweden and other courts in the European Union, and Petitioners' willingness to enter into appropriate confidentiality undertakings, State Street refuses to produce any documents or to designate a witness for deposition.

Via teleconference on August 11, 2017 and then again via email on October 19, 2017, counsel for Petitioners requested a discovery conference with counsel for State Street. Petitioners granted several requests from State Street to reschedule the discovery conference but State Street failed to confirm a final date and time for a discovery conference. More than 14 days have passed since Petitioners' final request to confer sent to State Street on October 19, 2017. No discovery conference was held due to State Street's failure to participate. Accordingly, none of the discovery disputes set forth in this motion were resolved and State Street has not produced the documents ordered by this Court in its 1782 Order.

As set forth more fully in the accompanying memorandum of law, Petitioners respectfully request that the Court issue an order compelling State Street (a) to produce all documents responsive to the Subpoenas within ten (10) days from the Court's order on this motion; and (b) immediately designate a witness and make that witness available to be deposed within fourteen (14) days from the Court's order on this motion.

Dated: November 6, 2017

        Respectfully submitted,

        __*/s/ Kerrie C. Dent*__
        Kerrie C. Dent
        KING & SPALDING LLP
        1700 Pennsylvania Avenue, NW
        Suite 200
        Washington, DC 20006-4707
        Tel:  (202) 626 2394
        Fax:  (202) 626-3737
        kdent@kslaw.com

        James E. Berger (*pro hac vice*)
        Charlene C. Sun (*pro hac vice*)
        Nilufar R. Hossain (*pro hac vice* admission pending)
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, NY 10036-4003
        Tel: (212) 556-2200
        Fax: (212) 556 -2222
        jberger@kslaw.com
        csun@kslaw.com
        nhossain@kslaw.com

        *Attorneys for Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., Terra Raf Trans Traiding Ltd.*

## Certificate of Compliance with Local Rules 7.1 and 37.1

Counsel for Petitioners hereby certifies that it has complied in good faith with Massachusetts Local Rules 7.1 and 37.1 by requesting a discovery conference and attempting in good faith to resolve or narrow the issues in this motion.

/s/ James E. Berger

James E. Berger (*pro hac vice*)

## Certificate of Service

New York, ss.                                                                                            November 6, 2017

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2017.

/s/ James E. Berger

James E. Berger (*pro hac vice*)