UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from State Street Corporation Pursuant to 28 U.S.C. § 1782 | Civ. No. 15-mc-91059-LTS<br><br>**DECLARATION OF<br><u>STEVEN COOPER</u>** |

I, Steven Cooper, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at the law firm Reed Smith LLP, counsel for the National Bank of the Republic of Kazakhstan ("<u>National Bank</u>") and State Street Corporation ("<u>State Street</u>", and with the National Bank, "<u>Movants</u>"). I have personal knowledge of the facts and circumstances set forth below. I submit this declaration in support of the National Bank and State Street's motion to intervene and vacate the *ex parte* order issued pursuant to 28 U.S.C. § 1782, and/or to stay § 1782 discovery.

A. **The Other § 1782 Proceedings**

2. Other than the § 1782 proceeding before this Court, the Stati Parties have initiated three other § 1782 proceedings to obtain information to assist in enforcing the Award.[1]

3. On December 22, 2014, the Stati Parties commenced a § 1782 proceeding against Bank of New York Mellon in the U.S. District Court for the Southern District of New York captioned *Anatolie Stati et al. v. Bank of New York Mellon Corporation*, No. 1:14-mc-00425 (S.D.N.Y.). The court granted the petition on December 30, 2014. *See* Order, ECF No. 5.

---

[1] Capitalized terms not defined shall have the meaning ascribed to them in Movants' Memorandum of Law in Support of their Motion to Intervene and Vacate the § 1782 Order.

Kazakhstan moved to intervene and vacate the court's order on October 23, 2017. *See* ECF No. 9.

4. On February 26, 2015, the Stati Parties commenced a § 1782 petition against BNP Paribas Asset Management, Inc. and Fischer, Francis, Trees & Watts, Inc. in the U.S. District Court for the Southern District of New York, captioned *Anatolie Stati et al. v. BNP Paribas Asset Management, Inc.*, No. 1:15-mc-0051 (S.D.N.Y.). The petition was granted on March 2, 2015. *See* Order, ECF No. 5.

5. On February 26, 2015, the Stati Parties commenced a § 1782 petition against ABN Amro Holdings US LLC in the U.S. District Court for the Southern District of New York, captioned *Anatolie Stati et al. v. ABN Amro Holdings USA LLC*, No. 1:15-mc-00052-P1 (S.D.N.Y.). The petition was granted on March 2, 2015. *See* Order, ECF No. 5.

B. **Kazakhstan's RICO Action**

6. On October 5, 2017, Kazakhstan commenced an action against the Stati Parties in the U.S. District Court for the District of Columbia sounding in RICO, fraud, and civil conspiracy titled *Republic of Kazakhstan v. Stati et al.*, No. 17-cv-02067 (D.D.C. 2017) (the "RICO Action"). The RICO Action seeks redress for the Stati Parties' fraudulent scheme of inflating the LPG Plant's construction costs, obtaining the Award based upon the same fraud, and pursuing enforcement of the fraudulently obtained Award in various United States and European tribunals.

7. A copy of the Complaint in the RICO Action (the "RICO Complaint") is attached as **Exhibit 1.**

### C. The National Bank's Attempt to Meet and Confer with the Stati Parties

8. On October 17, 2017, I wrote to counsel for the Stati Parties on behalf of the National Bank, objecting to their use of § 1782 to identify assets for an enforcement action, and asked the Stati Parties to agree to stay enforcement of the Subpoenas pending the outcome of the RICO Action and London Enforcement Proceeding. Absent such a stay, the National Bank indicated that it would move to vacate the § 1782 order or stay enforcement of Subpoenas. A copy of the letter is attached as **Exhibit 2.**

9. On October 20, 2017, the Stati Parties' counsel responded that "[The Stati Parties] will not agree to stay enforcement of the Subpoenas." A copy of an email, dated October 20, 2017, from Mr. Berger to me is attached as **Exhibit 3.**

### CERTIFICATE UNDER 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2017
New York, New York

*/s/ Steven Cooper*

- 4 -

## CERTIFICATE OF SERVICE

I, Stephen C. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2017.

*/s/ Stephen C. Reilly*
Stephen C. Reilly