## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from State Street Corporation Pursuant to 28 U.S.C. § 1782 | Index No. 1:15-mc-91059-LTS |

## PETITIONERS' MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY FROM STATE STREET

Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. (collectively, "Petitioners") respectfully seek leave to file a Reply Memorandum (the "Reply") in further support of Petitioners' Motion to Compel Discovery from State Street ("Motion to Compel") [*Dkt 12*]. In the proposed Reply, Petitioners intend to respond to certain arguments presented in Respondent's Opposition Memorandum to the Motion to Compel (the "Opposition Memo") [*Dkt 21*]. Petitioners believe that a short Reply to the Opposition Memo will aid the Court's analysis of the legal issues presented. In addition, the Motion to Compel is not scheduled to be heard by the Court until January 10, 2018.

WHEREFORE, Petitioners respectfully request leave to file a Reply of 12 pages to the Opposition Memo. Should the Court grant this request, Petitioners propose to file the Reply that is attached hereto as Exhibit A.

Dated: December 7, 2017

        Respectfully submitted,

        __/s/ Nilufar R. Hossain_____
        Nilufar R. Hossain

        James E. Berger (*pro hac vice*)
        Nilufar R. Hossain (*pro hac vice*)
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, NY 10036-4003
        Tel: (212) 556-2200
        Fax: (212) 556 -2222
        jberger@kslaw.com
        nhossain@kslaw.com

        *Attorneys for Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., Terra Raf Trans Traiding Ltd.*

### **Certificate of Compliance with Local Rule 7.1(a)(2)**

Counsel for Petitioners hereby certifies that they have conferred with Counsel for Respondents concerning the relief requested in this motion. Counsel for Respondents have consented to this motion.

/s/ Nilufar R. Hossain

Nilufar R. Hossain (*pro hac vice*)

### **Certificate of Service**

New York, ss.                                                                                                December 7, 2017

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be emailed to those indicated as non-registered participants on December 7, 2017.

/s/ Nilufar R. Hossain

Nilufar R. Hossain (*pro hac vice*)
